UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

THADDEAS V. BICKHAM,                              )
                                                  )
                    Plaintiff,                    )          Case No. 1:05-cv-18
                                                  )
v.                                                )          Honorable Richard Alan Enslen
                                                  )
CITY OF GRAND RAPIDS, *et al.*,                   )
                                                  )
                    Defendants.                   )
_____ )

### ORDER

This is a civil rights action brought by a state prisoner pursuant to 42 U.S.C. § 1983.

By order entered January 13, 2005 (Dkt. No. 3), the Court granted Plaintiff's request to proceed *in forma pauperis* and required Plaintiff to pay an initial partial filing fee of $23.12 pursuant to 28 U.S.C. § 1915(b)(1). The Court ordered that the initial partial filing fee be paid within thirty days, and warned Plaintiff that his case would be dismissed without prejudice should he fail to pay. The Court also warned Plaintiff that he would remain liable for the filing fee. The Court received payment of the initial partial filing fee on March 9, 2005, but it was erroneously applied to money owed by Plaintiff in a criminal case in this Court. *See United States v. Bickham*, No. 1:02-cr-263 (W.D. Mich.). Consequently, this civil rights action was dismissed without prejudice on April 15, 2005, for failure to pay the initial partial filing fee.

Plaintiff now moves to reinstate his case (Dkt. No. 5). Had the initial partial filing fee been properly credited to this case upon receipt, it would have been almost a month late. In his motion, Plaintiff claims that upon receipt of the Court's order, he immediately requested a

Dockets.Justia.com

disbursement from his prisoner account to pay the initial partial filing fee.  His allegations suggest

that there may have been delays in the processing of his request or in the prison mail system.  In any

event, Plaintiff paid the fee before the Court dismissed this action on April 15.  Moreover, the Court

is lenient in granting additional time for the payment of fees.  Therefore:

      **IT IS HEREBY ORDERED** that Plaintiff's motion to reinstate this civil rights

action (Dkt. No. 5) is **GRANTED**, and the case shall be reopened for further proceedings.

      **IT IS FURTHER ORDERED** that the Clerk of the Court shall docket the receipt

of $23.12 in this Court on March 9, 2005.

          /s/ Richard Alan Enslen

DATED in Kalamazoo, MI:         RICHARD ALAN ENSLEN
    July 19, 2005           UNITED STATES DISTRICT JUDGE